**Jeffrey Bogert, Esq. [Bar No. 132778]**
**LAW OFFICE OF JEFFREY C. BOGERT**
827 Moraga Avenue
Los Angeles, CA 90049
Phone: (424) 293-2272
Email:  bogertlaw@outlook.com

**Attorneys for Defendant**
**1719 PCH, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>            Plaintiff,<br>     vs.<br><br>1719 PCH, LLC; and DOES 1 to 10,<br><br>            Defendants. | CASE NO:  2:21-cv-08103-ODW (PDx)<br><br>Assigned to the Honorable Judge Otis D. Wright, II<br><br>**STIPULATION TO SET ASIDE DEFAULT AND [PROPOSED ORDER]**<br><br>Complaint Filed: October 12, 2021 |

TO THIS HONORABLE COURT:

Plaintiff MELANIE DELAPAZ ("Plaintiff") and Defendant 1719 PCH, LLC ("Defendant"), by and through their attorneys, hereby jointly Stipulate that the Motion for Default Judgment filed by Plaintiff on January 14, 2022, shall be set aside and that Defendant shall be allowed to file a responsive pleading within thirty (30) days of the Court's Order.

/ / /

/ /

1

**STIPULATION TO SET ASIDE DEFAULT**                                                       2:21-cv-08103

IT IS SO STIPULATED.

DATE: January 24, 2022          **SO. CAL. EQUAL ACCESS GROUP**

BY: __/s/ Jason J. Kim_____
    JASON J. KIM, ESQ.
    Attorney for Plaintiff
    MELANIE DELAPAZ

DATE: January 24, 2022          **LAW OFFICES OF JEFFREY C. BOGERT**

BY: ___/s/ Jeffrey C. Bogert_____
    JEFFREY C. BOGERT, ESQ.
    Attorney for Defendant
    1719 PCH, LLC

# SIGNATURE ATTESTATION

I hereby attest that all signatories above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

DATE:  January 24, 2022     **LAW OFFICES OF JEFFREY C. BOGERT**

BY:  ____*/s/ Jeffrey C. Bogert*_____
     JEFFREY C. BOGERT, ESQ.
     Attorney for Defendant
     1719 PCH, LLC