1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ<br><br>    Plaintiff,<br>  vs.<br><br>1719 PCH, LLC; and DOES 1 to 10,<br><br>    Defendants. | CASE NO: 2:21-cv-08103-ODW (PDx)<br><br> **[PROPOSED] ORDER TO SET ASIDE DEFAULT**<br><br>Complaint Filed: October 12, 2021 |

/ / /
/ / /
/ / /

1

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

After review of the Stipulation to Set Aside Default submitted by counsel, having good cause shown:

IT IS SO ORDERED that Defendant's Answer to the Complaint is due within thirty (30) days of this Order.

IT IS SO ORDERED.

DATED: _____, 2022     BY: _____
                                    The Honorable Otis D. Wright, II